FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

HBAC Matchmaker Media, Inc.   v. Google Inc.

No. 15-1447

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

    [ ] Pro Se    [✓] As counsel for:    HBAC Matchmaker Media, Inc.
                                                     Name of party

I am, or the party I represent is (select one):

    [ ] Petitioner  [ ] Respondent  [ ] Amicus curiae  [ ] Cross Appellant
    [✓] Appellant  [ ] Appellee  [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

    [ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Brian D. Ledahl |
| Law firm: | Russ, August & Kabat |
| Address: | 12424 Wilshire Blvd., 12th Floor |
| City, State and ZIP: | Los Angeles, CA 90025 |
| Telephone: | 310-826-7474 |
| Fax #: | 310-826-6991 |
| E-mail address: | bledahl@raklaw.com |

Statement to be completed by counsel only (select one):

    [✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

    [ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

    [ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 03/26/2007

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

    [ ] Yes  [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

30 March 2015
_____  _____
Date                     Signature of pro se or counsel

cc: All counsel via ECF

Form 30

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  Mar 30, 2015  by:

- ☐ US mail
- ☐ Fax
- ☐ Hand
- ☒ Electronic Means
   (by email or CM/ECF)

| Brian D. Ledahl | /s/ Brian D. Ledahl |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: Russ, August & Kabat

Address: 12424 Wilshire Blvd., 12th Floor

City, State, ZIP: Los Angeles, CA 90025

Telephone Number: 310-826-7474

FAX Number: 310-826-6991

E-mail Address: bledahl@raklaw.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.