NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**HBAC MATCHMAKER MEDIA, INC.,**
*Plaintiff-Appellant*

v.

**GOOGLE INC., YOUTUBE, LLC, ESPN, INC., DISNEY ONLINE, AMERICAN BROADCASTING COMPANIES, INC., YAHOO! INC., BRAVO MEDIA LLC, NBC ENTERTAINMENT, UNIVERSAL TELEVISION NETWORKS, CBS INTERACTIVE, INC., VEVO LLC., VIACOM INTERNATIONAL INC., BLIP NETWORKS, INC.**
*Defendants-Appellees*

2015-1447, -1478, -1479, -1480, -1481, -1521, -1522, -1523

Appeals from the United States District Court for the District of Delaware in Nos. 1:13-cv-00429-SLR-SRF, 1:13-cv-00433-SLR-SRF, 1:13-cv-00438-SLR-SRF, 1:13-cv-00430-SLR-SRF, 1:13-cv-00428-SLR-SRF, 1:13-cv-00436-SLR-SRF, 1:13-cv-00962-SLR-SRF, 1:13-cv-00437-SLR-SRF, Judge Sue L. Robinson.

**O R D E R**

The above-captioned appeals appear to be related.

We consolidate the cases so that only one set of briefs needs to be filed for the eight appeals.

Accordingly,

IT IS ORDERED THAT:

The appeals are consolidated. The revised official caption is reflected above. Appellant's opening brief is due no later than June 5, 2015.

                          FOR THE COURT

                          /s/ Daniel E. O'Toole
                          Daniel E. O'Toole
                          Clerk of Court

s26