# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## HBAC MATCHMAKER MEDIA, INC.,

*Plaintiff-Appellant*,

v.

## GOOGLE INC., YOUTUBE, LLC, ESPN, INC., DISNEY ONLINE, AMERICAN BROADCASTING COMPANIES, INC., YAHOO! INC., BRAVO MEDIA LLC, NBC ENTERTAINMENT, UNIVERSAL TELEVISION NETWORKS, CBS INTERACTIVE INC., VEVO LLC., VIACOM INTERNATIONAL INC., BLIP NETWORKS, INC.,

*Defendants-Appellees*.

_____

2015-1447, -1478, -1479, -1480, -1481, -1521, -1522, -1523

Appeals from the United States District Court for the District of Delaware in Nos. 1:13-cv-00429-SLR-SRF, 1:13-cv-00433-SLR-SRF, 1:13-cv-00438-SLR-SRF, 1:13-cv-00430-SLR-SRF, 1:13-cv-00428-SLR-SRF, 1:13-cv-00436-SLR-SRF, 1:13-cv-00962-SLR-SRF, 1:13-cv-00437-SLR-SRF, Judge Sue L. Robinson.

## DEFENDANTS-APPELLEES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLEES' RESPOINSIVE BRIEFING

*Counsel listed on the following page*

Edward R. Reines
Andrew L. Perito
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000

*Attorneys for Defendants-Appellees*
ESPN, Inc., Disney Online, American
Broadcasting Companies, Inc., Yahoo!
Inc., Bravo Media LLC, NBC
Entertainment, Universal Television
Networks, and CBS Interactive Inc.

Milton Springut
SPRINGUT LAW PC
45 Rockefeller Plaza, 20th Floor
New York, NY 10111
(212) 813-1600

*Attorneys for Defendants-Appellees*
Vevo LLC, Blip Networks, Inc. and
Viacom International, Inc.

James F. Valentine
Eric W. Ow
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
(650) 838-4300

*Attorneys for Defendant-Appellee*
Blip Networks, Inc.

Andrew J. Pincus
Paul W. Hughes
MAYER BROWN LLP
1999 K Street, N.W.
Washington, DC 20006
(202) 263-3000

*Attorneys for Defendants-Appellees*
Google Inc. and YouTube, LLC

Pursuant to Federal Circuit Rule 26(b), and for the reasons set forth below, Defendants-Appellees ("Appellees") hereby respectfully move for an extension of 30 days for Appellees to file responsive briefing in these consolidated appeals, currently due on August 3, 2015.  If the Court grants this request, Appellees deadline will be extended to September 2, 2015.

Appellees have not previously requested any extension of this deadline, and good cause exists for the requested extension.  The thirteen Appellees in these eight consolidated appeals seek additional time that is required for the purpose of coordinating among the many Appellees and Appellees' counsel.  The number of involved attorneys with the added complication of summer schedules establishes good cause.

Counsel for Appellant has confirmed that Appellant does not oppose this extension.

For the foregoing reasons, Appellees respectfully requests that the Court grant their unopposed motion and order that the deadline for Appellees' responsive briefing in the consolidated appeals is extended to September 2, 2015.

1

Dated:  July 1, 2015                    Respectfully submitted,

*/s/ Edward R. Reines*

Edward R. Reines
Andrew L. Perito
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065
(650) 802-3000

*Attorneys for Defendants-Appellees*
ESPN, Inc., Disney Online, American
Broadcasting Companies, Inc., Yahoo!
Inc., Bravo Media LLC, NBC
Entertainment, Universal Television
Networks, and CBS Interactive Inc.

*/s/ James F. Valentine*

James F. Valentine
Eric W. Ow
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA  94304-1212
(650) 838-4300

*Attorneys for Defendant-Appellee*
Blip Networks, Inc.

*/s/ Andrew J. Pincus*

Andrew J. Pincus
Paul W. Hughes
MAYER BROWN LLP
1999 K Street, N.W.
Washington, DC 20006
(202) 263-3000

*Attorneys for Defendants-Appellees*
Google Inc. and YouTube, LLC

2

*/s/ Milton Springut*

Milton Springut
SPRINGUT LAW PC
45 Rockefeller Plaza, 20th Floor
New York, NY 10111
(212) 813-1600

*Attorneys for Defendants-Appellees*
Vevo LLC, Blip Networks, Inc. and
Viacom International, Inc.

## UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

**HBAC MATCHMAKER MEDIA, INC.**,

*Plaintiff-Appellant*,

v.

**GOOGLE INC., YOUTUBE, LLC, ESPN, INC., DISNEY ONLINE, AMERICAN BROADCASTING COMPANIES, INC., YAHOO! INC., BRAVO MEDIA LLC, NBC ENTERTAINMENT, UNIVERSAL TELEVISION NETWORKS, CBS INTERACTIVE INC., VEVO LLC., VIACOM INTERNATIONAL INC., BLIP NETWORKS, INC.**,

*Defendants-Appellees*.

_____

2015-1447, -1478, -1479, -1480, -1481, -1521, -1522, -1523

Appeals from the United States District Court for the District of Delaware in Nos. 1:13-cv-00429-SLR-SRF, 1:13-cv-00433-SLR-SRF, 1:13-cv-00438-SLR-SRF, 1:13-cv-00430-SLR-SRF, 1:13-cv-00428-SLR-SRF, 1:13-cv-00436-SLR-SRF, 1:13-cv-00962-SLR-SRF, 1:13-cv-00437-SLR-SRF, Judge Sue L. Robinson.

## DECLARATION OF EDWARD R. REINES

I, Edward R. Reines, hereby declare as follows:

1. I am a partner with Weil, Gotshal & Manges LLP, counsel for Defendants-Appellees ESPN, Inc., Disney Online, American Broadcasting Companies, Inc., Yahoo! Inc., Bravo Media LLC, NBC Entertainment, Universal Television Networks, and CBS Interactive Inc. I am submitting this declaration of counsel in connection with the Defendants-Appellees' motion for extension of time.

1

2.    The thirteen Appellees in these eight consolidated appeals require additional time for the purpose of coordinating among Appellees and Appellees' counsel, including coordination of the parties' and counsel's schedules, to brief these consolidated appeals in an efficient and non-duplicative manner.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 1, 2015

*/s/ Edward R. Reines*

Edward R. Reines
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065
(650) 802-3000

*Attorneys for Defendants-Appellees*
ESPN, Inc., Disney Online, American
Broadcasting Companies, Inc., Yahoo!
Inc., Bravo Media LLC, NBC
Entertainment, Universal Television
Networks, and CBS Interactive Inc.

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

**HBAC MATCHMAKER MEDIA, INC.,**

*Plaintiff-Appellant*,

v.

**GOOGLE INC., YOUTUBE, LLC, ESPN, INC., DISNEY ONLINE, AMERICAN BROADCASTING COMPANIES, INC., YAHOO! INC., BRAVO MEDIA LLC, NBC ENTERTAINMENT, UNIVERSAL TELEVISION NETWORKS, CBS INTERACTIVE INC., VEVO LLC., VIACOM INTERNATIONAL INC., BLIP NETWORKS, INC.,**

*Defendants-Appellees*.

_____

2015-1447, -1478, -1479, -1480, -1481, -1521, -1522, -1523

Appeals from the United States District Court for the District of Delaware in Nos. 1:13-cv-00429-SLR-SRF, 1:13-cv-00433-SLR-SRF, 1:13-cv-00438-SLR-SRF, 1:13-cv-00430-SLR-SRF, 1:13-cv-00428-SLR-SRF, 1:13-cv-00436-SLR-SRF, 1:13-cv-00962-SLR-SRF, 1:13-cv-00437-SLR-SRF, Judge Sue L. Robinson.

# ORDER

UPON CONSIDERATION of Defendants-Appellees' Motion for a 30-day extension of time for the filing of Defendants-Appellees' responsive briefing,

IT IS ORDERED THAT:

The motion is granted. The time for filing Defendants-Appellees' responsive briefing shall be extended up to and including September 2, 2015.

FOR THE COURT

Dated: _____              _____

**Form 9**

FORM 9.   Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

HBAC Matchmaker Media, Inc.    v.   Google Inc. et al.

No. 2015-1447, -1478, -1479, -1480, -1481

# CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party)
See Attached List _____ certifies the following (use "None" if applicable; use extra sheets if necessary):

1.      The full name of every party or amicus represented by me is:

See Exhibit A

_____

2.      The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

See Exhibit B

_____

3.      All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

See Exhibit C

_____

4.  ☐   The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Morris, Nichols, Arsht & Tunnell LLP: Jack B. Blumenfeld, Roger D. Smith II
Weil, Gotshal & Manges LLP: Edward R. Reines, Andrew L. Perito, Jill J. Schmidt

_____

|          July 1, 2015          | /s/ Edward R. Reines |
|:---:|:---:|
| Date | Signature of counsel |
|  | Edward R. Reines |
|  | Printed name of counsel |

Please Note: All questions must be answered
cc: Principal Counsel for all Parties _____

124

**Attachment to Certificate of Interest in Case No. 15-1447**

**Attached List**

**Counsel for the appellees:**

| Docket Number | Parties Represented |
|---|---|
| No. 15-1478* | ESPN, Inc. |
| No. 15-1478* | Disney Online |
| No. 15-1478* | American Broadcasting Companies, Inc. |
| No. 15-1479* | Yahoo! Inc. |
| No. 15-1480* | Bravo Media LLC |
| No. 15-1480* | NBC Entertainment |
| No. 15-1480* | Universal Television Networks |
| No. 15-1481* | CBS Interactive Inc. |

*Federal Circuit cases already consolidated with Case No. 15-1447

## Attachment to Certificate of Interest in Case No. 15-1447

## Exhibit A

**1.    The full name of every party or amicus represented by me is:**

| Docket Number | Parties Represented |
|---|---|
| No. 15-1478* | ESPN, Inc. |
| No. 15-1478* | Disney Online |
| No. 15-1478* | American Broadcasting Companies, Inc. |
| No. 15-1479* | Yahoo! Inc. |
| No. 15-1480* | Bravo Media LLC |
| No. 15-1480* | NBC Entertainment, a division of NBC West, LLC |
| No. 15-1480* | Universal Television Networks |
| No. 15-1481* | CBS Interactive Inc. |

*Federal Circuit cases already consolidated with Case No. 15-1447

**Attachment to Certificate of Interest in Case No. 15-1447**

**Exhibit B**

**2.     The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:**

| Docket Number | Parties Represented | Real Party in Interest |
|---|---|---|
| No. 15-1478* | ESPN, Inc. | None |
| No. 15-1478* | Disney Online | None |
| No. 15-1478* | American Broadcasting Companies, Inc. | None |
| No. 15-1479* | Yahoo! Inc. | None |
| No. 15-1480* | Bravo Media LLC | None |
| No. 15-1480* | NBC Entertainment | None |
| No. 15-1480* | Universal Television Networks | None |
| No. 15-1481* | CBS Interactive Inc. | None |

*Federal Circuit cases already consolidated with Case No. 15-1447

## Attachment to Certificate of Interest in Case No. 15-1447

### Exhibit C

**3.    All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:**

| Docket Number | Parties Represented | All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party represented by me |
|---|---|---|
| No. 15-1478* | ESPN, Inc. | (1) Hearst Brazile, Inc. (a 20% shareholder), which is a wholly owned subsidiary of The Hearst Corporation; and (2) ESPN Holding Company, Inc. (an 80% shareholder), which is a wholly owned subsidiary of ABC Holding Company, Inc., which is a wholly owned subsidiary of ABC, Inc., which is a wholly owned subsidiary of ABC Enterprises, Inc., which is a wholly owned subsidiary of Disney Enterprises, Inc., which is a wholly owned subsidiary of The Walt Disney Company, a publicly traded company. |
| No. 15-1478* | Disney Online | ABC Enterprises, Inc., which is a wholly owned subsidiary of Disney Enterprises, Inc., which is a wholly owned subsidiary of The Walt Disney Company, a publicly traded company. |
| No. 15-1478* | American Broadcasting Companies, Inc. | ABC Holding Company, Inc., which is a wholly owned subsidiary of ABC, Inc., which is a wholly owned subsidiary of ABC Enterprises, Inc., which is a wholly owned subsidiary of Disney Enterprises, Inc., which is a wholly owned subsidiary of The Walt Disney Company, a publicly traded company. |
| No. 15-1479* | Yahoo! Inc. | None. |
| No. 15-1480* | Bravo Media LLC | NBCUniversal Media, LLC, which is wholly and indirectly owned by |

| | | |
|---|---|---|
| | | Comcast Corporation, a publicly traded company. No publicly held company owns 10% or more of Comcast Corporation's stock. |
| No. 15-1480* | NBC Entertainment | NBC Entertainment is a division of NBC West, LLC, which is a subsidiary of NBCUniversal Media, LLC, which is wholly and indirectly owned by Comcast Corporation, a publicly traded company. No publicly held company owns 10% or more of Comcast Corporation's stock. |
| No. 15-1480* | Universal Television Networks | USA Networks Partner LLC, USANi Holding Company LLC, VUE NewCo LLC, and NBCUniversal Media, LLC, which is wholly and indirectly owned by Comcast Corporation, a publicly traded company. No publicly held company owns 10% or more of Comcast Corporation's stock. |
| No. 15-1481* | CBS Interactive Inc. | CBS Corporation, a publicly traded company. National Amusements, Inc., a privately held company, directly or indirectly owns a majority of the voting stock of CBS Corporation. To CBS Corporation's knowledge without inquiry, GAMCO Investors, Inc., on March 15, 2011, filed a Schedule 13D/A with the Securities and Exchange Commission reporting that it and certain affiliates (any of which may be publicly traded) owned, in the aggregate, approximately 10.1% of the voting stock of CBS Corporation. |

*Federal Circuit cases already consolidated with Case No. 15-1447

FORM 9.   Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

HBAC Matchmaker Media, Inc. _____  v. Google Inc. _____

No. 15-1447

# CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party)

Appellees Google Inc. and YouTube LLC certifies the following (use "None" if applicable; use extra sheets if necessary):

1.      The full name of every party or amicus represented by me is:

Google Inc. and YouTube LLC

2.      The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

None

3.      All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

More than 10% ownership of YouTube LLC is held by Google Inc. Google Inc. has no parent corporation and no publicly held corporation owns 10% or more of Google Inc.'s stock.

4.  ☐   The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Mayer Brown LLP: Andrew J. Pincus, Paul W. Hughes; Kaye Scholer LLP: Michael J. Malecek,  Robert R. Laurenzi, Timothy Chao; Potter Anderson & Corroon LLP: Richard L. Horwitz, Bindu Ann George Palapura, David Ellis Moore

_____July 1, 2015_____                    /s/ Andrew J. Pincus_____
Date                                                  Signature of counsel

Andrew J. Pincus_____
Printed name of counsel

Please Note: All questions must be answered
cc: All counsel via ECF _____

**Form 9**

FORM 9.   Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

__HBAC Matchmaker Media, Inc.__   v. __Vevo LLC__

No. __15-1521__

## CERTIFICATE OF INTEREST

Counsel for the ~~(petitioner) (appellant) (respondent)~~ (appellee) ~~(amicus)~~ (name of party)

__Vevo LLC__ certifies the following (use "None" if applicable; use extra sheets if necessary):

1.      The full name of every party or amicus represented by me is:

  Vevo LLC

2.      The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

  None

3.      All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

  See attached.

4.  ☐   The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

  See attached.

_____July 1, 2015_____                          __/s/ Milton Springut__
            Date                                           Signature of counsel

                                                        __Milton Springut__
                                                         Printed name of counsel

Please Note: All questions must be answered
cc: _____

420335.1

<u>Attachment to Certificate of Interest</u>

3.    <u>Parent corporations, etc.:</u>

Vevo LLC is a joint venture among:  (1) Sony Music Entertainment, a wholly-owned subsidiary of Sony Corporation of America, which, in turn, is a wholly-owned subsidiary of Song Corporation; (2) Universal Music Group, Inc., a wholly-owned subsidiary of Viviendi, SA; and (3) Abu Dhavi Media, which is owned by the government of Abu Dhavi.  Viviendi SA and Sony Corporation are publicly held companies, and each owns 10% or more of Vevo LLC.

4.    <u>Firms that represented Appellee:</u>

Richard G. Frenkel
Shoney A.H. Blake
Latham & Watkins LLP
140 Scott Drive
Menlo Park, CA 94025

Clement J. Naples
Cassius K. Sims
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022

Jack B. Blumenfeld
Rodger Dallery Smith, II
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

John W. Shaw
Karen Elizabeth Keller
David M. Fry
Shaw Keller LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801

**Form 9**

FORM 9. Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

HBAC Matchmaker Media, Inc.    v.    Viacom International Inc.

No. 15-1522

## CERTIFICATE OF INTEREST

Counsel for the ~~(petitioner) (appellant) (respondent)~~ (appellee) ~~(amicus)~~ (name of party)

Viacom International Inc.    certifies the following (use "None" if applicable; use extra sheets if necessary):

1.    The full name of every party or amicus represented by me is:

Viacom International Inc.

2.    The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

None

3.    All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

Viacom, Inc.

4. ☐  The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

See attached.

July 1, 2015
Date

/s/ Milton Springut
Signature of counsel

Milton Springut
Printed name of counsel

Please Note: All questions must be answered
cc: _____

124

420334.1

<u>Attachment to Certificate of Interest</u>

4.    <u>Firms that represented Appellee:</u>

Jack B. Blumenfeld
Rodger Dallery Smith, II
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Edward R. Reines
Jill J. Schmidt
Andrew L. Perito
Weil, Gotshal & Manges LLP
201 Redwood Shores
Redwood Park, CA 94065

**Form 9**

FORM 9.   Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

HBAC Matchmaker Media, Inc.   v.   Blip Networks, Inc.

No. 15-1523

## CERTIFICATE OF INTEREST

Counsel for the ~~(petitioner) (appellant) (respondent)~~ (appellee) ~~(amicus)~~ (name of party)
Blip Networks, Inc. certifies the following (use "None" if applicable; use extra sheets if necessary):

1.    The full name of every party or amicus represented by me is:

Blip Networks, Inc.

2.    The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

None

3.    All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

Maker Studios, Inc.; The Walt Disney Company

4. ☐   The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

See attached.

July 1, 2015
Date

/s/ Milton Springut
Signature of counsel

Milton Springut
Printed name of counsel

Please Note: All questions must be answered
cc: _____

124

420333.1

<u>Attachment to Certificate of Interest</u>

4.    <u>Firms that represented Appellee:</u>

Jack B. Blumenfeld
Rodger Dallery Smith, II
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

James F. Valentine
Christopher L. Kelley
Eric W. Ow
Perkins Coie LLP
3150 Porter Drive
Palo Alto, CA 94304-1212

Timothy C. Bickham
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036

Anne Shea Gaza
Samantha G. Wilson
Young, Conaway, Stargatt & Taylor LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801

## ECF-3(B)(2) REPRESENTATION

Pursuant to this Court's Administrative Order Regarding Electronic Case Filing, the undersigned represents under ECF-3(b)(2) that counsel for Defendants-Appellees Vevo LLC, Blip Networks, Inc., Viacom International, Inc., Google Inc. and YouTube, LLC have consented to their signatures on the Certificates of Interest and this Unopposed Motion for Extension of Time to File Appellees' Responsive Briefing.

Dated: July 1, 2015

*/s/ Edward R. Reines*

Edward R. Reines
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065
(650) 802-3000

*Attorneys for Defendants-Appellees*
ESPN, Inc., Disney Online, American Broadcasting Companies, Inc., Yahoo! Inc., Bravo Media LLC, NBC Entertainment, Universal Television Networks, and CBS Interactive Inc.

# CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2015, I filed or caused to be filed copies of the foregoing with the Clerk of the United States Court of Appeals for the Federal Circuit via the CM/ECF system and served or caused to be served a copy on all counsel of record by the CM/ECF system and email.

Dated: July 1, 2015

*/s/ Edward R. Reines*
Edward R. Reines

*Attorneys for Defendants-Appellees*
ESPN, Inc., Disney Online, American Broadcasting Companies, Inc., Yahoo! Inc., Bravo Media LLC, NBC Entertainment, Universal Television Networks, and CBS Interactive Inc.